UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Lakiesha Cross, *as parent and natural guardian of S.C., a minor*; Earlene Dunbar; Ernest Sprueill; Erica Higgins-Ingram; and Lynette Blake, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Ciox Health, LLC,<br><br>Defendant. | Civil Action No.<br>4:19-cv-00007-FL |

**Defendant Ciox Health LLC's Rule 12(b)(1) Motion to Dismiss**

Defendant Ciox Health, LLC ("Ciox"), through its undersigned attorneys, moves this Court to dismiss Plaintiffs' Amended Complaint (D.E. 20) for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(b)(1). For the reasons given more particularly in Ciox's Memorandum in Support of its Motion to Dismiss, filed contemporaneously herewith, the Court should dismiss the Amended Complaint, and each claim alleged therein.

Respectfully submitted, this the 10th day of May, 2019.

*/s/Donalt J. Eglinton*
Donalt J. Eglinton
N.C. State Bar I.D. No.: 10314
email: dje@wardandsmith.com
Christopher S. Edwards
N.C. State Bar I.D. No.: 48385
email: csedwards@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5400
Facsimile: 252.672.5477

Attorneys for Defendant Ciox
 Health, LLC


William V. Custer, Esq.
Georgia Bar No. 202910
Jennifer B. Dempsey, Esq.
Georgia Bar No. 217536

BRYAN CAVE LEIGHTON
PAISNER, LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Fax: (404) 572-6999

Attorneys for Defendant Ciox
 Health, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, I electronically filed the foregoing DEFENDANT CIOX HEALTH LLC'S RULE 12(B)(1) MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Christopher C. Kessler, Esq., Eric N. Linsk, Esq., J. Olin McDougall, II, Esq., and Robert K. Shelquist, Esq.

/s/ *Donalt J. Eglinton*
Donalt J. Eglinton
N.C. State Bar I.D. No.: 010314
email: dje@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5400
Facsimile: 252.672.5477

Attorneys for Defendant Ciox
 Health, LLC

ND: 4821-9421-1478, v. 2