IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO. 4:19-cv-00007-FL

| | | |
|---|---|---|
| LAKIESHA CROSS as parent and natural guardian of S.C., a minor; EARLENE DUNBAR; ERNEST SPRUEILL; ERICA HIGGINS-INGRAM; and LYNETTE BLAKE, individually and on behalf of all those similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| CIOX HEALTH, LLC, | ) ) | |
| Defendant. | ) | |

THIS CAUSE came on to be heard and was heard by the undersigned Clerk on Motion of Plaintiffs for an Order extending the time by which to serve briefs and supporting documents opposing the motions to dismiss filed by Defendant Ciox Health, LLC ("Ciox"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure; and it appearing to the Court that the Motion should be granted;

IT IS, THEREFORE, ORDERED that Plaintiffs' time for serving briefs and supporting documents opposing Ciox's motions to dismiss be extended to and include the 14th day of June, 2019.

This the 14th day of May, 2019.

Eastern District of North Carolina

By: _Louise W. Flanagan_

Louise W. Flanagan Xxxxxx
United States District Judge