UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LAKIESHA CROSS, *as parent and natural guardian of S.C. a minor,* EARLENE DUNBAR, ERNEST SPRUEILL, ERICA HIGGINS-INGRAM, and LYNETTE BLAKE<br>　　　　　Plaintiffs,<br><br>v.<br><br>CIOX HEALTH, LLC,<br>　　　　　Defendant. | **JUDGMENT**<br><br>No. 4:19-CV-7-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 3, 2020, and for the reasons set forth more specifically therein, defendant's motion to dismiss for failure to state a claim is GRANTED, defendant's motion to dismiss for lack of jurisdiction is DENIED. Plaintiffs' claims are DISMISSED WITH PREJUDICE.

**This Judgment Filed and Entered on February 3, 2020, and Copies To:**
Eric N. Linsk / J. Olin McDougall, II / Robert K. Shelquist / Christopher C. Kessler (via CM/ECF Notice of Electronic Filing)
Christopher S. Edwards / Donald J. Eglinton / Jennifer B. Dempsey / William V. Custer (via CM/ECF Notice of Electronic Filing)

February 3, 2020　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk